UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JORGE ZATARAY IBARRA,<br><br>Plaintiff,<br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:26-cv-06140-JDE<br><br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand (Dkt. 14, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 7, 2026

JOHN D. EARLY
United States Magistrate Judge